# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ LOAIZA ARIAS,<br><br>                Petitioner,<br><br>  v.<br><br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center, JOSEPH FREDEN, Director, San Diego Field Office of Detention and Removal, United States Immigration and Customs Enforcement, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, KRISTI NOEM, Secretary, United States Department of Homeland Security, and PAM BONDI, Attorney General, United States Department of Justice,<br><br>                Respondents. | Case No.: 3:25-cv-2595-BTM-MMP<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE**<br><br>**[ECF NO. 1]** |

      Luz Loaiza Arias petitioned the Court for a writ of habeas corpus on October 1, 2025. (ECF No. 1). After reviewing the petition, the Court concludes that summary

1  dismissal is unwarranted.  The Respondents must file any response to the petition by
2  October 20, 2025.  The Petitioner must file a traverse in support of the petition by October
3  31, 2025.  The hearing is scheduled for November 7, 2025, at 11 a.m.  There will be no
4  oral argument unless requested by the Court.

5  **IT IS SO ORDERED.**

6  Dated:  October 6, 2025

7  _____
   Honorable Barry Ted Moskowitz
8  United States District Judge